JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKA SENEGAL MUHAMMAD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. CV 11-6160-VAP (OP)<br><br>J U D G M E N T |

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: Aug 4 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge